UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TYSONIA GREEN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. 2:16-CV-01211-DWC <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 20. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner shall:

- Remand to the Appeals Council to first determine whether the record supports a finding of disability; and

- If the case requires further development, the Appeals Council will remand to an Administrative Law Judge for a *de novo* hearing to further evaluate, with the

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

assistance of a medical expert, the nature and severity of Plaintiff's headaches, as well as her subjective complaints and medication side effects and issue a new decision.

The parties agree that on proper motion the Court shall consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 9th day of March, 2017.

David W. Christel
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2